RECEIVED
SEP 8 2008
U.S. DISTRICT COURT
NEW HAVEN, CT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
9/10/08                    20
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERENCE MOSES

v.

COLLECTO, INC

JURY TRIAL DEMANDED

3:08 cv-1384 (VLB)

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practice Act ("FDCPA"), 15 U.S.C. § 1692; Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder or the Connecticut Creditor Collection Practice Act, Conn. Gen. Stat. § 36a-645 and regulations issued thereunder; and the Connecticut Unfair Trade Practice Act ("CUTPA"), Conn. Gen. Stat. § 42-100a.

2. This Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. § 1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is licensed as a Consumer Collection Agency by the Banking Department of the State of Connecticut.

7. Defendant engaged in misleading, deceptive or unfair collection efforts in any attempt to collect on a debt.

8. Defendant has left numerous voice mail messages on Plaintiff's phone claiming that "I had an account with Defendant's "firm" in the city" and to call right away.

9. Defendant has left numerous voice mail messages on Plaintiff's phone not disclosing there true identity or that Defendant is a debt collector.

## FIRST COUNT

10. In collection efforts, defendant violated the FDCPA, 15 U.S.C. 1692e or –f.

## SECOUND COUNT

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practice Act, Conn. Gen. Stat. § 36a-645 *et seq.*, or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 *et seq.*

12. Defendant committed unfair deceptive acts or practices within the meaning of the Unfair Trade Practice Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $ 1,000 statutory damages for each communication.

2. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

TERENCE MOSES
260 LOMBARD ST
NEW HAVEN, CT 06513
(203) 401-9711