UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TERENCE MOSES

V                                    Case No. 3:08-cv-01384 (VLB)

COLLECTO, INC

### VOLUNTARY DISMISSIAL WITHOUT PREJUDICE

Plaintiff, hereby dismisses without prejudice to refilling on or before June 30, 2009, all claims of action in the above referenced civil action, pursuant to Rule 41(a)(1)(i) of the *Federal Rules of Civil Procedure*. In this case the Defendant (Collecto, Inc) has filed neither an answer nor a motion for summary judgment.

THE PLAINTIFF

TERENCE MOSES
260 LOMBARD ST
NEW HAVEN, CT 06513
(203)-285-7520

### CERTIFICATE OF SERVICE

I, Terence Moses hereby certify that a copy of the above entitled *Dismissal Without Prejudice*. Was mailed, postage prepaid on the day of this filing to:

Jonathan D. Elliot (Attorney for Defendant)
Zeldes, Needle, & Cooper P.C.
1000 Lafayette Blvd
P.O. Box 1740
Bridgeport, CT 06601